33 So.3d 810 (2010)
Earl FRAMES, Appellant,
v.
STATE of Florida, Appellee.
Nos. 5D09-3609, 5D09-3723.
District Court of Appeal of Florida, Fifth District.
April 27, 2010.
James S. Purdy, Public Defender, and Allison A. Havens, Assistant Public Defender, Daytona Beach, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Carmen F. Corrente, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See § 924.051(4), Fla. Stat. (2009).
MONACO, C.J., TORPY and EVANDER, JJ., concur.